JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**  Category No. __II__  Investigating Agency __ATF__

**City** __Chelsea__  **Related Case Information:**

**County** __Suffolk__  Superseding Ind./ Inf. __Indictment__  Case No. __15-cr-10256-RGS__
Same Defendant __X__  New Defendant _____
Magistrate Judge Case Number __See Attachment__
Search Warrant Case Number __See Attachment__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Roberto Christian Jimenez-Heyer__  Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name __Forty__

Address __(City & State) Chelsea, MA__

Birth date (Yr only): __1996__  SSN (last4#): __9233__  Sex __M__  Race: __Hispanic__  Nationality: __U.S.__

**Defense Counsel if known:**  __Jessica Thrall__  Address __Federal Public Defender Office__

**Bar Number** _____  __51 Sleeper Street, 5th Floor__
__Boston, MA 02110__

**U.S. Attorney Information:**

**AUSA** __Michael Crowley__  Bar Number if applicable __641235__

**Interpreter:**  ☐ Yes  ☑ No  List language and/or dialect: _____

**Victims:**  ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

☐ Warrant Requested  ☐ Regular Process  ☑ In Custody

**Location Status:**

**Arrest Date** _____

☑ Already in Federal Custody as of __08/25/2015__ in __Plymouth County Correctional__ .
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony __5__

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __6/8/16__  Signature of AUSA: _____

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____ 15-cr-10256-RGS _____

**Name of Defendant** _____ Roberto Christian Jimenez-Heyer _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 USC 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2   21 USC 846 | Conspiracy to Distribute Cocaine Base and Cocaine | 2 |
| Set 3   18 USC 922(a)(1)(A) | Engaging in the Business of Dealing in Firearms Without a License | 6 |
| Set 4   21 USC 841(a)(1) | Possession of Cocain Base with Intent to Distribute | 7 |
| Set 5   18 USDC 924(c)(1) | Possession of a Firearm In Furtherance of a Drug Trafficking Crime | 8 |
| Set 6   21 USC 853 | Drug Forfeiture Allegation | |
| Set 7   18 USC 924(d) | Firearm Forfeiture Allegation | |
| Set 8   28 USC 2461(c) | Firearm Forfeiture Allegation | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

℀JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**     **Category No.**   II     **Investigating Agency**   ATF

**City**   Chelsea

**County**   Suffolk

**Related Case Information:**

Superseding Ind./ Inf.   Indictment      Case No.   15-cr-10256-RGS
Same Defendant                    New Defendant   X
Magistrate Judge Case Number      See Attachment
Search Warrant Case Number        See Attachment
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Angel Mejia Zelaya          Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name   Stackz

Address   (City & State)  Chelsea, MA

Birth date (Yr only):  1994  SSN (last4#):  3933   Sex M    Race: Hispanic    Nationality: U.S.

**Defense Counsel if known:**                Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   Michael Crowley          Bar Number if applicable

**Interpreter:**   ☐ Yes  ☑ No      List language and/or dialect:

**Victims:**   ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

☑ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ____  ☐ Misdemeanor ____  ☑ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  6/8/16          Signature of AUSA:

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____ 15-cr-10256-RGS _____

**Name of Defendant**  _____ Angel Mejia Zelaya _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | 21 USC 846 | Conspiracy to Distribute Cocaine and Cocaine Base | 2 |
| Set 3 | 18 USC 922(a)(1)(A) | Engaging in the Business of Dealing in Firearms Without a License | 5 |
| Set 4 | 21 USC 853 | Drug Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

℆JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

Criminal Case Cover Sheet                                          U.S. District Court - District of Massachusetts

**Place of Offense:**                    **Category No.** ___II___        **Investigating Agency** ___ATF___

**City**  ___Chelsea___                    **Related Case Information:**

**County**  ___Suffolk___                 Superseding Ind./ Inf. ___Indictment___   Case No. ___15-cr-10256-RGS___
                                          Same Defendant _____   New Defendant ___X___
                                          Magistrate Judge Case Number ___See Attachment___
                                          Search Warrant Case Number ___See Attachment___
                                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  ___Brandon Baez___                      Juvenile:        ☐ Yes  ☑ No

                Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name      ___Big Baby___

Address         ___(City & State)___

Birth date (Yr only): ___1997___  SSN (last4#): ___8363___  Sex ___M___  Race: ___Hispanic___  Nationality: ___U.S.___

**Defense Counsel if known:**          _____   Address _____

**Bar Number**            _____                        _____

**U.S. Attorney Information:**

**AUSA**   ___Michael Crowley___                   Bar Number if applicable   _____

**Interpreter:**     ☐ Yes  ☑ No        List language and/or dialect:        _____

**Victims:**         ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**    ☑ Yes   ☐ No

        ☑ Warrant Requested        ☐ Regular Process        ☑ In Custody

**Location Status:**

**Arrest Date**        _____

☐ Already in Federal Custody as of _____ in _____ .
☑ Already in State Custody at ___South Bay HOC___  ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony ___2___

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  ___6/8/16___          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):          15-cr-10256-RGS

**Name of Defendant**    Brandon Baez

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | 21 USC 846 | Conspiracy to Distribute Cocaine Base and Cocaine | 2 |
| Set 3 | 21 USC 853 | Drug Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

≈JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**                    Category No. __II__                    **Investigating Agency** __ATF__

**City** __Chelsea__                    **Related Case Information:**

**County** __Suffolk__

Superseding Ind./ Inf. __Indictment__     Case No. __15-cr-10256-RGS__
Same Defendant _____     New Defendant __X__
Magistrate Judge Case Number __See Attachment__
Search Warrant Case Number __See Attachment__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Josue Rodriguez__     Juvenile:     ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:     ☐ Yes  ☑ No

Alias Name     __"SB" a/k/a "Superbad"__

Address     __(City & State) Chelsea, MA__

Birth date (Yr only): __1996__  SSN (last4#): __8348__  Sex __M__     Race: __Hispanic__     Nationality: __U.S.__

**Defense Counsel if known:** _____     Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Michael Crowley__     Bar Number if applicable __641235__

**Interpreter:**     ☐ Yes  ☑ No     List language and/or dialect: _____

**Victims:**     ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)     ☐ Yes  ☐ No

**Matter to be SEALED:**     ☑ Yes   ☐ No

☑ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☑ Already in State Custody at __South Bay HOC__ ☐ Serving Sentence  ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**     ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:**     ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __6/3/16__     Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):          15-cr-10256-RGS

**Name of Defendant**          Josue Rodriguez

**U.S.C. Citations**

|  | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 USC 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | 21 USC 846 | Conspiracy to Distribute Cocaine Base and Cocaine | 2 |
| Set 3 | 21 USC 853 | Drug Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                         **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.**  II              **Investigating Agency**  ATF

**City**   Chelsea                     **Related Case Information:**

**County**   Suffolk                   Superseding Ind./ Inf.   Indictment      **Case No.**   15-cr-10256-RGS
                                       Same Defendant _____           New Defendant  X
                                       Magistrate Judge Case Number   See Attachment
                                       Search Warrant Case Number   See Attachment
                                       R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   Wilfredo Delacruz                    Juvenile:        ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name       _____

Address          (City & State) Lynn, MA _____

Birth date (Yr only): 1996   SSN (last4#): 0017   Sex M   Race: Hispanic   Nationality: U.S.

**Defense Counsel if known:**          _____   Address _____

**Bar Number**          _____                  _____

**U.S. Attorney Information:**

**AUSA**   Michael Crowley                     Bar Number if applicable   641235

**Interpreter:**   ☐ Yes  ☑ No        List language and/or dialect:   _____

**Victims:**   ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes   ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

   ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**          _____

☐ Already in Federal Custody as of   _____ in   _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:   _____   on   _____

**Charging Document:**     ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:**     ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   6/8/16          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):     15-cr-10256-RGS

**Name of Defendant**     Wilfredo Delacruz

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 922(a)(1)(A) | Engaging in the Business of Dealing in Firearms Without a License | 5 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

≈JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**      **Category No.**   II     **Investigating Agency**   ATF

**City**   Chelsea      **Related Case Information:**

**County**   Suffolk

Superseding Ind./ Inf.   Indictment    Case No.   15-cr-10256-RGS
Same Defendant          New Defendant   X
Magistrate Judge Case Number    See Attachment
Search Warrant Case Number    See Attachment
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Henry Del-Rio       Juvenile:    ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes   ☑ No

Alias Name   Junior

Address   (City & State) Chelsea, MA

Birth date (Yr only): 1996   SSN (last4#): 4561   Sex M    Race: Hispanic    Nationality: U.S.

**Defense Counsel if known:**        Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   Michael Crowley       Bar Number if applicable   641235

**Interpreter:**    ☐ Yes   ☑ No     List language and/or dialect:

**Victims:**    ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes   ☐ No

**Matter to be SEALED:**    ☑ Yes   ☐ No

   ☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of      in
☐ Already in State Custody at      ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:      on

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony   4

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   6/8/16      Signature of AUSA:

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):     15-cr-10256-RGS

**Name of Defendant**     Henry Del-Rio

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | 21 USC 846 | Conspiracy to Distribute Cocaine Base and Cocaine | 2 |
| Set 3 | 21 USC 846 | Conspiracy to Distribute Heroin | 3 |
| Set 4 | 18 USC 922(k) | Possession of a Firearm with an Obliterated Serial Number | 4 |
| Set 5 | 21 USC 853 | Drug Forfeiture Allegation | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

≈JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**       **Category No.** II_____       **Investigating Agency** ATF_____

**City** __Chelsea_____       **Related Case Information:**

**County** __Suffolk_____

Superseding Ind./ Inf. __Indictment____   Case No. __15-cr-10256-RGS__
Same Defendant _____   New Defendant __X_____
Magistrate Judge Case Number __See Attachment_____
Search Warrant Case Number __See Attachment_____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Elyhas Diaz_____       Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name       __Boi Boi_____

Address       __(City & State) Chelsea, MA_____

Birth date (Yr only): __1996__   SSN (last4#): __5112__   Sex __M__   Race: __Hispanic__   Nationality: __U.S.__

**Defense Counsel if known:**       _____       Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Michael Crowley_____       Bar Number if applicable __641235__

**Interpreter:**   ☐ Yes  ☑ No       List language and/or dialect: _____

**Victims:**   ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

☑ Warrant Requested       ☐ Regular Process       ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony __4__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/8/16       Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____ 15-cr-10256-RGS _____

**Name of Defendant**   Elyhas Diaz _____

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 USC 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | 21 USC 846 | Conspiracy to Distribute Cocaine Base and Cocaine | 2 |
| Set 3 | 21 USC 846 | Conspiracy to Distribute Heroin | 3 |
| Set 4 | 18 USC 922(a)(1)(A) | Engaging in the Business of Dealing in Firearms Without a License | 5 |
| Set 5 | 21 USC 853 | Drug Forfeiture Allegation | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

≈JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**   Category No. __II__   Investigating Agency __ATF__

**City** __Chelsea__   **Related Case Information:**

**County** __Suffolk__

Superseding Ind./ Inf. __Indictment__   Case No. __15-cr-10256-RGS__
Same Defendant _____   New Defendant __X__
Magistrate Judge Case Number   __See Attachment__
Search Warrant Case Number   __See Attachment__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Anna Garcia__   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name __"Janice" a/k/a "J"__

Address __(City & State) Chelsea, MA__

Birth date (Yr only): __1987__   SSN (last4#): __5160__   Sex __F__   Race: __Hispanic__   Nationality: __U.S.__

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Michael Crowley__   Bar Number if applicable __641235__

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __6/8/16__   Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):   15-cr-10256-RGS

**Name of Defendant**   Anna Garcia

### U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 USC 846 | Conspiracy to Distribute Cocaine Base and Cocaine | 2 |
| Set 2   21 USC 853 | Drug Forfeiture Allegation | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

%JS 45 (5/97) - (Revised U S D C  MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** **Category No.** __II__ **Investigating Agency** __ATF__

**City** __Chelsea__ **Related Case Information:**

**County** __Suffolk__

Superseding Ind./ Inf. __Indictment__ Case No. __15-cr-10256-RGS__
Same Defendant _____ New Defendant __X__
Magistrate Judge Case Number __See Attachment__
Search Warrant Case Number __See Attachment__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Christian Gonzalez__ Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name __Chee__

Address __(City & State)__

Birth date (Yr only): __1992__ SSN (last4#):_____ Sex __M__ Race: __Hispanic__ Nationality: _____

**Defense Counsel if known:** _____ Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Michael Crowley__ Bar Number if applicable __641235__

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony __1__ ———

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __6/8/16__ Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):  _15-cr-10256-RGS_

**Name of Defendant**  _Christian Gonzalez_

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to Distribute Cocaine Base and Cocaine | 2 |
| Set 2 | 21 USC 853 | Drug Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**   Category No.  __II__   Investigating Agency  __ATF__

**City**  __Chelsea__        **Related Case Information:**

**County**  __Suffolk__

Superseding Ind./ Inf.  __Indictment__   Case No.  __15-cr-10256-RGS__
Same Defendant  _____   New Defendant  __X__
Magistrate Judge Case Number  __See Attachment__
Search Warrant Case Number  __See Attachment__
R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  __Jessika Heyer__               Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name  _____

Address  __(City & State)  Chelsea, MA__

Birth date (Yr only): __1975__  SSN (last4#): __0871__  Sex __F__   Race: __Hispanic__   Nationality: __U.S.__

**Defense Counsel if known:**  _____   Address  _____

**Bar Number**  _____                  _____

**U.S. Attorney Information:**

**AUSA**   __Michael Crowley__            Bar Number if applicable  __641235__

**Interpreter:**   ☐ Yes  ☑ No      List language and/or dialect:  _____

**Victims:**   ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

   ☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date**  _____

☐ Already in Federal Custody as of  _____ in  _____ .
☐ Already in State Custody at  _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:  _____  on  _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☑ Felony  __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  __6/8/16__        Signature of AUSA:  _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):      15-cr-10256-RGS

**Name of Defendant**      Jessika Heyer

### U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 USC 856(a)(2) | Managing and Controlling A Building for Distrubition and Controlled Substances | 9 |
| Set 2   21 USC 853 | Drug Forfeiture Allegation | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

≈JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  ATF

**City**  Chelsea          **Related Case Information:**

**County**  Suffolk          Superseding Ind./ Inf.  Indictment     Case No.  15-cr-10256-RGS
          Same Defendant                 New Defendant  X
          Magistrate Judge Case Number  See Attachment
          Search Warrant Case Number  See Attachment
          R 20/R 40 from District of

**Defendant Information:**

Defendant Name  Jerry Leiva          Juvenile:       ☐ Yes  ☑ No

          Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name  Fetti

Address  (City & State)  Chelsea, MA

Birth date (Yr only): 1997  SSN (last4#): 3133   Sex M     Race: Hispanic     Nationality: U.S.

**Defense Counsel if known:**          Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**  Michael Crowley          Bar Number if applicable  641235

**Interpreter:**    ☐ Yes  ☑ No     List language and/or dialect:

**Victims:**    ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes   ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

     ☑ Warrant Requested     ☐ Regular Process     ☑ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of          in          .
☑ Already in State Custody at  South Bay HOC          ☐ Serving Sentence     ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by:          on

**Charging Document:**    ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:**    ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  6/8/16          Signature of AUSA:

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):  _15-cr-10256-RGS_

**Name of Defendant**  _Jerry Leiva_

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  _18 USC 1962(d)_ | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2  _18 USC 922(a)(1)(A)_ | Engaging in the Business of Dealing in Firearms Without a License | 5 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**                    **Category No.** _II_                    **Investigating Agency** _ATF_

**City** _Chelsea_                    **Related Case Information:**

**County** _Suffolk_                    Superseding Ind./ Inf. _Indictment_   Case No. _15-cr-10256-RGS_
Same Defendant _____   New Defendant _X_
Magistrate Judge Case Number _See Attachment_
Search Warrant Case Number _See Attachment_
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _Jose Perez_                    Juvenile:    ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name _____

Address ____(City & State)____

Birth date (Yr only): _1997_  SSN (last4#): _4557_   Sex _M_   Race: _Hispanic_   Nationality: _U.S._

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** _Michael Crowley_                    Bar Number if applicable _641235_

**Interpreter:**    ☐ Yes  ☑ No        List language and/or dialect: _____

**Victims:**    ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes  ☐ No

**Matter to be SEALED:**    ☑ Yes   ☐ No

☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**    ☐ Petty ——  ☐ Misdemeanor ——  ☑ Felony  _1_

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: _6/8/16_            Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):     15-cr-10256-RGS

**Name of Defendant**     Jose Perez

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 922(a)(1)(A) | Engaging in the Business of Dealing in Firearms Without a License | 5 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

℀JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

<u>Criminal Case Cover Sheet</u>                                                <u>U.S. District Court - District of Massachusetts</u>

**Place of Offense:**                **Category No.**   II _____      **Investigating Agency**   ATF _____

**City**   <u>Chelsea</u> _____          **Related Case Information:**

**County**   <u>Suffolk</u> _____       Superseding Ind./ Inf. __Indictment__   Case No. __15-cr-10256-RGS__
                                 Same Defendant _____      New Defendant   X _____
                                 Magistrate Judge Case Number   __See Attachment__
                                 Search Warrant Case Number   __See Attachment__
                                 R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   <u>Emmitt Simpkins</u> _____        Juvenile:        ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name       <u>Easy</u> _____

Address          <u>(City & State)  Chelsea, MA</u> _____

Birth date (Yr only): <u>1995</u>   SSN (last4#): <u>3387</u>   Sex <u>M</u>   Race: _____   Nationality: <u>U.S.</u>

**Defense Counsel if known:**          _____   Address _____

**Bar Number**        _____        _____

**U.S. Attorney Information:**

**AUSA**   <u>Michael Crowley</u> _____       Bar Number if applicable   __641235__

**Interpreter:**   ☐ Yes  ☑ No        List language and/or dialect:   _____

**Victims:**   ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

   ☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date**        _____

☐ Already in Federal Custody as of   _____ in   _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on   _____

**Charging Document:**        ☐ Complaint        ☐ Information        ☑ Indictment

**Total # of Counts:**        ☐ Petty ———        ☐ Misdemeanor ———        ☑ Felony   __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  6/8/16        Signature of AUSA: _____

Case 1:15-cr-10256-RGS   Document 49-1   Filed 06/08/16   Page 26 of 26

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____15-cr-10256-RGS_____

**Name of Defendant**    _Emmitt Simpkins_____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | 21 USC 846 | Conspiracy to Distribute Cocaine Base and Cocaine | 2 |
| Set 3 | 21 USC 853 | Drug Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013